JOHN F. HAYDEN, Appellant, v. JAMES CLARY and Others, Respondents.— Motion granted and appeal dismissed, with costs.

In the Matter of the Probate of the Last Will and Testament of CHARLES BAKER, Deceased.— Motion granted and appeal dismissed.

In the Matter of the Probate of the Alleged Last Will and Testament of LOUISA K. PHILLIPS, Deceased.— Appeal dismissed, without costs, upon stipulation filed.

LOUIS H. GIPP, Appellant, v. THE STATE OF NEW YORK, Respondent.— Appeal dismissed, without costs, upon stipulation filed.

ROSE F. ASH, as Administratrix, etc., Respondent, v. DEPEW AND LANCASTER LIGHT, POWER AND CONDUIT COMPANY and Others, Appellants.— Appeal dismissed unless appellants are ready for argument at the opening of the September term.

HERMAN A. WENDE, Respondent, v. LEARMAN, WENDE & CHARNOCK, INC., Appellant.— Appeal dismissed unless appellant is ready for argument on May fifteenth.

In the Matter of the Construction of the Will of ESTELLA S. BRIGLIN, Deceased. —Appeal dismissed unless appellant is ready for argument on May seventeenth.

ALHAMBRA AMUSEMENT COMPANY, Respondent, v. ASSOCIATED FIRST NATIONAL PICTURES, INC., Appellant.— Appeal dismissed unless appellant shall file and serve printed briefs within ten days.

THOMAS B. HOYT, Respondent, v. THE O. K. MANUFACTURING COMPANY, Appellant.— Appeal dismissed unless appellant shall serve brief in typewritten form within ten days and be ready for argument on May fifteenth.

IDA GARDNER, Respondent, v. JAY GARDNER, Appellant.— Appeal dismissed. unless appellant is ready for argument on May seventeenth.

In the Matter of the APPOINTMENT OF AN EXAMINING BOARD to Make an Examination into the Operation of the Jury System in Erie County.— Charles B. Wheeler, Philip A. Laing and Joseph A. Wechter are appointed an examining board under the provisions of section 9 of chapter 369 of the Laws of 1895, to make an examination into the operation of the jury system created by said act and to report to this court with all convenient speed, as in said act provided.

FRED E. WOODWORTH, Respondent, v. VILLAGE OF NUNDA, Appellant.— Judgment modified by reducing the amount of damages to $242.60, and as so modified affirmed, without costs of this appeal to either party.   Finding of fact No. 15, in so far as it finds that there was a constant supply of water for over eight hours a day, is disapproved and reversed.   Finding No. 35 is disapproved and reversed. Findings Nos. 38 and 39 are disapproved and reversed, and new findings made in lieu thereof.   To enable the defendant without prejudice, if so advised, to take proceedings to acquire the right to take the water from the creek, the operation of the injunctive provision of the judgment is suspended six months from the time of entry and notice of the judgment upon the decision herein.   All concur.